No. 95–7941. BENNETT *v.* UNITED STATES; and

No. 95–8271. HOUSER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 70 F. 3d 87.

No. 95–7963. RAUSER *v.* BEARD, DEPUTY COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–7980. ABDELMEGED *v.* B–G MAINTENANCE MANAGEMENT OF COLORADO, INC. C. A. 10th Cir. Certiorari denied.

No. 95–7984. SLEDGE *v.* CUMMINGS ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–7993. HOOKS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–8044. RAMER *v.* THOMAS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 95–8058. MCQUEEN *v.* HAYES ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8064. AGUILAR *v.* NEWTON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8065. AGUILAR *v.* NEW MEXICO. Dist. Ct. N. M., Bernalillo County. Certiorari denied.

No. 95–8071. HOXSIE *v.* KERBY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8083. SEWELL ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–8086. ALEXANDER *v.* MISSISSIPPI ET AL. Sup. Ct. Miss. Certiorari denied.

No. 95–8087. HARVEY *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–8088. HARVEY *v.* "UNITED STATES MARSHAL EDMO" ET AL. C. A. 8th Cir. Certiorari denied.